```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                       CENTRAL DIVISION at LEXINGTON

TINA MARIE POWELL,               )
                                 )
        Petitioner,              )   Civil Action No. 5:06-32-JMH
                                 )
v.                               )
                                 )            ORDER
COMMISSIONER, KENTUCKY           )
DEPARTMENT OF CORRECTIONS,       )
                                 )
        Respondent.              )
```

                        **    **    **    **    **

This matter is before the Court on the Report and Recommendation of Magistrate Judge James B. Todd [Record No. 25] regarding the petitioner's petition for a writ of habeas corpus and on Magistrate Judge Todd's Report and Recommendation regarding the petitioner's motion for a temporary restraining order [Record No. 27]. Said action was referred to the magistrate for the purpose of reviewing the merit of Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Record No. 4]. Petitioner has not filed objections to either Report and Recommendation, and the deadline for filing objections has passed. Although it is clear that "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge," 28 U.S.C. § 636, when, as in the case *sub judice*, the petitioner fails to file any objections to the Report and Recommendation, "[i]t does not appear that Congress intended to require district

1

court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Consequently, this Court adopts the reasoning set forth in both Reports and Recommendations as its own.

Accordingly, **IT IS ORDERED**:

(1) that the Report and Recommendation of the Magistrate Judge [Record No. 25] be, and the same hereby is, **ACCEPTED**;

(2) that Petitioner's petition for a writ of habeas corpus [Record No. 4] be, and the same hereby is, **DENIED**;

(3) that Respondent's motion to dismiss [Record No. 9] be, and the same hereby is, **GRANTED**;

(4) that the Report and Recommendation of the Magistrate Judge [Record No. 27] be, and the same hereby is, **ACCEPTED**;

(5) that Petitioner's motion for a temporary restraining order [Record No. 19] be, and the same hereby is, **DENIED AS MOOT**;

(6) that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN FROM THE ACTIVE DOCKET**.

This the 8th day of March, 2007.



Signed By:

*Joseph M. Hood*

United States District Judge